

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00727-CV

**IN THE INTEREST OF M.A.C.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-07938
Honorable Monique Diaz, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE BRISSETTE

In accordance with this court's opinion of this date, the trial court's Order in Suit Affecting the Parent-Child Relationship (Parent Custody Order), signed on August 1, 2023, is AFFIRMED. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED December 4, 2024.

_____
Rebeca C. Martinez, Chief Justice